UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENERAL DYNAMICS ELECTRIC BOAT CORP.,

    Plaintiff,

v.	Case No. 3:20-cv-769-J-32MCR

MICKEY SKOBIC and JOANNE SKOBIC,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Unopposed Motion for *Pro Hac Vice* Admission of Jennifer M. Verkamp ("Motion") (Doc. 10). The Motion does not comply with the Local Rules of this Court because it does not include a memorandum of law, as required by Local Rule 3.01(a), and does not state whether counsel has abused the privilege to appear specially "by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida" and whether counsel is a "member in good standing of the bar of any District Court of the United States," as required by Local Rule 2.02(a).

Accordingly, it is **ORDERED**:

The Motion (**Doc. 10**) is **DENIED without prejudice**.

2

**DONE AND ORDERED** at Jacksonville, Florida, on September 23, 2020.

                                                MONTE C. RICHARDSON
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record