IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GENERAL DYNAMICS ELECTRIC BOAT CORP., | ) ) ) |
| Plaintiff, | ) Case No. 3:20-cv-0769-TJC-MCR ) ) The Honorable Timothy J. Corrigan |
| v. | ) ) ) Magistrate Judge Monte C. Richardson |
| MICKEY SKOBIC; JOANNE SKOBIC, | ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION OF DEBBIE L. BERMAN TO
APPEAR PRO HAC VICE AND DESIGNATION OF LOCAL COUNSEL
PURSUANT TO LOCAL RULE 2.02**

Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, Debbie L. Berman of Jenner & Block LLP respectfully moves for entry of an order permitting Ms. Berman's appearance *pro hac vice* as counsel for Plaintiff General Dynamics Electric Boat. In support of their Motion, the undersigned state the following:

1. Debbie L. Berman is a resident of Illinois and is a member in good standing with the bars of the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States Court of Federal Claims, the United States Tax Court, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.

2. Ms. Berman is familiar with, and shall be governed by, the rules of this Court, including Local Rule 2.04, and is familiar with, and shall be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

3. Ms. Berman will comply with both the fee and email registration requirements of Local Rule 2.01(d) contemporaneously with the filing of this Motion.

## DESIGNATION OF COUNSEL

Gregory W. Kehoe is designated as counsel. Mr. Kehoe is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida. All notices and paper may be served upon Mr. Kehoe who will be responsible for the progress of the case, including the trial in the event of default of Ms. Berman.

## LOCAL RULE 3.01(g) - CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Gregory W. Kehoe certifies that he has conferred with Defendants' counsel, and Defendants have no objection to this Motion.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an Order permitting Ms. Berman's appearance *pro hac vice* for purposes of this case.

Dated: September 28, 2020

Respectfully Submitted,

/s/ Gregory W. Kehoe

Gregory W. Kehoe (FBN: 0486140)
Danielle S. Kemp (FBN: 0474355)
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Tel. (813) 318-5700
Fax. (813) 318-5900
kehoeg@gtlaw.com
kempd@gtlaw.com

and

/s/ Debbie L. Berman

Debbie L. Berman
JENNER & BLOCK LLP

353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 923-2764
Fax. (312) 840-7764
dberman@jenner.com

*Counsel for General Dynamics Electric Boat*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: September 28, 2020

                                              Respectfully Submitted,

                                              /s/ Gregory W. Kehoe
                                                  Attorney

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| GENERAL DYNAMICS ELECTRIC BOAT CORP., | ) ) ) |
| Plaintiff, | ) Case No. 3:20-cv-0769-TJC-MCR ) ) The Honorable Timothy J. Corrigan |
| v. | ) ) ) Magistrate Judge Monte C. Richardson |
| MICKEY SKOBIC; JOANNE SKOBIC, | ) ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that the Unopposed Motion of Debbie L. Berman to Appear Pro Hac Vice and Designation of Local Counsel is hereby GRANTED, and Ms. Berman is admitted *pro hac vice* in the captioned case.

This _____ day of _____, 2020.

_____
Judge, United States District Court for the
Middle District of Florida