## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

GENERAL DYNAMICS ELECTRIC BOAT )
CORP., )
)
                Plaintiff, )       Case No. 3:20-cv-769-J-32MCR
   v. )
)
MICKEY SKOBIC; JOANNE SKOBIC, )
)      Judge Timothy J. Corrigan
          Defendants. )
)

## UNOPPOSED MOTION FOR EXTENSION OF TIME

In the matter *United States of America ex rel. 84 Partners LLC v. General Dynamics Electric Boat*, No. 3:14-cv-1256-J-32PDB (the "FCA case"), Relator 84Partners has moved for an extension of 14 days to file its Second Amended Complaint, from November 23 to December 7, 2020, with comparable extensions for the remaining deadlines in the schedule.  *See* FCA case, Dkt. No. 98.  As stated in that motion, counsel for General Dynamics Electric Boat ("GDEB") did not oppose the relief sought conditioned on the deadlines in this matter being comparably extended. As such, GDEB respectfully requests an extension of 14 days to file its Amended Complaint, from November 23 to December 7, 2020, with comparable extensions for the remaining deadlines in the schedule.

GDEB's counsel conferred with counsel for Defendants Mickey and Joanne Skobic, and they do not oppose this request—conditioned on the Court granting the extension request by Relator 84Partners in the FCA case.

Accordingly, GDEB respectfully requests that:

The deadline for GDEB to file an Amended Complaint be extended by 14 days, from November 23 to December 7, 2020;

The deadline for Defendants to file any motion to dismiss the Amended Complaint be extended by 14 days, from January 8 to January 22, 2021; and

The deadline for GDEB to respond to any motion to dismiss be extended 14 days, from February 8 to February 22, 2021.

Respectfully submitted,

/s/ Michael A. Doornweerd

Michael A. Doornweerd (pro hac vice)
David M. Greenwald (pro hac vice)
Debbie L. Berman (pro hac vice)
Zachary C. Schauf (pro hac vice)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 923-2631
mdoornweerd@jenner.com
dgreenwald@jenner.com
dberman@jenner.com
zschauf@jenner.com

Gregory W. Kehoe (FBN: 0486140)
Danielle S. Kemp (FBN: 0474355)
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Tel. (813) 318-5700
kehoeg@gtlaw.com
kempd@gtlaw.com

*Counsel for General Dynamics Electric Boat*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Plaintiff conferred with counsel for all Defendants pursuant to Local Rule 3.01(g), and Defendants do not oppose the relief sought herein.

 /s/ Michael A. Doornweerd\_\_\_\_\_
Michael A. Doornweerd

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2020, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 /s/ Michael A. Doornweerd\_\_\_\_\_
Michael A. Doornweerd